UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE SANABRIA and RAEANN RAMEY, husband and wife, JESUS SANABRIA and ADRIANA SANABRIA, husband and wife, and ADRIANA SANABRIA, Mother of L.S., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>OKANOGAN COUNTY; et. al.,<br><br>Defendants. | NO. CV-05-0265-LRS<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by and through counsel for the parties that the subject action has been fully settled and compromised, and that the action should be dismissed with prejudice and without costs (Ct. Rec. 29).

**IT IS THEREFORE ORDERED** that the above-entitled action is dismissed with prejudice and without costs.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 10th day of March, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1